ANDREA T. MARTINEZ, United States Attorney (#9313)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
111 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Fax: (801) 524-3399

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | FELONY COMPLAINT |
|---|---|
| Plaintiff, | VIO.: Count 1, 49 U.S.C. § 46503, Interference with Security Screening Personnel |
| vs. | |
| JOHN DANE BAYDO, | 2:22mj176 JCB |
| Defendant. | |

The United States charges:

### COUNT 1
(49 U.S.C. § 46503)
Interference with Security Screening Personnel

On or about March 14, 2022, in the District of Utah,

**JOHN DANE BAYDO,**

the Defendant herein, in an area within a commercial service airport in the United

States, by assaulting a Federal, airport, or air carrier employee who has security

duties within the airport, did interfere with the performance of the duties of the employee and lessen the ability of the employee to perform those duties; all in violation of 49 U.S.C. § 46503.

AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

This complaint is based on the following information:

I, Carlie Marston, being first duly sworn, depose and say:

1. Your affiant, Carlie Marston, is a Salt Lake City police officer assigned to the Robbery/Violent Crimes Unit. Your affiant has been a police officer since January 2008 and graduated from the Salt Lake City Police Department's Police Officer Standards and Training (POST) Academy in May of 2008. Your affiant attended and graduated from the following courses: Salt Lake City Police Department's undercover academy in 2010, an interview and interrogation course, a HIDTA sponsored course on confidential informant management, Drug Recognition Expert training, the Western States VICE Conference in 2013, Task Force Officer training for Homeland Security Investigations in 2016, a Sex Trafficking Course put on by the FBI in 2016 and the Violent Crimes Conference in 2015, 2016, 2018 and 2019. Your affiant attended Southern Virginia University and received a bachelor's degree in 2005. Your affiant has investigated crimes ranging from simple traffic violations, narcotic violations, domestic violence,

human trafficking, robbery, and other violent crime offense. Your affiant has attended POST certified training on drug recognition and human trafficking. Your affiant has had the following assignments with the Salt Lake City Police Department: Patrol Division, Public Information Officer, Organized Crime Detective and Robbery Detective. Your affiant is currently a Task Force Officer with the Federal Bureau of Investigations, investigating violent crimes and firearms cases. The information contained in this complaint is based on an investigation conducted by me along with FBI Special Agent Jeremiah Fowlke and investigators from the Salt Lake City Police Departments and other law enforcement agencies.

2. On March 14, 2022, Officer Cody Orgill and Officer Scott Smith were working a part time job for Delta Airlines at the Salt Lake International Airport. They were tasked with providing security for the Delta lobby of the Delta Terminal and surrounding areas.

3. Officers Orgill and Smith were patrolling the area near the baggage claim when the suspect, who was later identified as John Dane Baydo, approached Officer Orgill from behind. The Officers had no prior contact or conversation with Baydo. As Baydo approached, he set his backpack down on the ground. He walked directly towards Officer Orgill and punched him on the right side of his face. Officer Orgill was hit so hard it knocked his hat off his head and

caused him to stumble. Officer Orgill was caught completely off guard and was unable to defend himself against the attack.

4. At that point, Baydo turned towards Officer Smith and took a fighting stance. Baydo then looked towards Officer Orgill and saw that he was still standing. Baydo put his hands in the air and went down to his knees. He was taken into custody without further incident. Baydo refused to speak with Officers.

5. The entire attack was captured on airport surveillance video.

6. Based on my training and experience that Salt Lake International Airport is a commercial airport within the United States and the assault on Officer Orgill interfered with his ability to perform his duties and did interfere with his ability to perform those duties because he had to seek medical attention which took him away from said duties.

Dated this 17th day of March 2022.

_____
Carlie Marston
Detective SLCPD
FBI TFO

Subscribed and sworn to before me, this __18__ day of March 2022.

_____
JARED C. BENNETT
United States Magistrate Judge

4

APPROVED:
ANDREA T. MARTINEZ
United States Attorney

CARLOS ESQUEDA
Digitally signed by CARLOS ESQUEDA
Date: 2022.03.17 21:58:21 -06'00'

_____
CARLOS A. ESQUEDA
Assistant United States Attorney