_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:22 mj 176 JCB |
| Plaintiff, | : | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | : | |
| JOHN DANE BAYDO, | : | |
| Defendant. | : | |

_____

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD: G R E E T I N G S:

We command you that you bring the body of JOHN DANE BAYDO, now confined in the Salt Lake County Jail (ADC), before the Honorable Magistrate Judge Jared C. Bennett, presiding at Salt Lake City, Utah, on the 21st day of March, 2022, at 12:00 p.m., in person appearance, of said day, and from day to day thereafter, for purposes of arraignment upon the charges pending against the defendant in the said United States District Court, and in the above-entitled and pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the

proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this 18 day of March 2022.

BY THE COURT:

_____
Jared C. Bennett
United States Magistrate Judge